## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN SECO DE LUCENA,** ) | |
| ) | |
| **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 06-cv-174-DRH** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 99-cr-30216** |
| **UNITED STATES of AMERICA,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Before the Court is Petitioner's notice of appeal from the dismissal of his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 8). Inherent in the notice of appeal is a request for a certificate of appealability. Pursuant to 28 U.S.C. § 2253, a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." Section 2253(c)(3) provides: "The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2)."

Petitioner states no grounds upon which the Court might issue a certificate of appealability. Therefore, the Court finds that Petitioner has not made "a substantial showing of the denial of a constitutional right." Accordingly, the inherent request for a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

**DATED:** March 5, 2007

/s/   David   RHerndon
**DISTRICT JUDGE**